United States District Court
Southern District of Texas
**ENTERED**
April 01, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHIVAM PATEL, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No.: 4:21-cv-00989 |
| § | |
| UNITED AIRLINES, INC., § | |
| § | |
| *Defendant*. § | |

## ORDER

This matter is before the Court on Plaintiff's Motion to Amend and Supplement Complaint. ECF 4. Plaintiff filed this case on March 26, 2021 and the clerk issued a Summons the same day. ECF 1. Under Federal Rule of Civil Procedure 15(a)(1)(A), Plaintiff is entitled to amend his Complaint within 21 days of serving it. Without regard to whether Defendant has been served,[1] Plaintiff's motion is timely. It is therefore

ORDERED that Plaintiff's Motion is Granted. Plaintiff must file his Amended Complaint within 14 days of entry of this Order. Plaintiff is further advised that his Amended Complaint must be served on Defendant.

Signed on April 01, 2021, at Houston, Texas.

*Christina A. Bryan*
Christina A. Bryan
United States Magistrate Judge

---

[1] The Return of Service on file (ECF 3) indicates that the server "fedexed the envelope to the defendant" on March 16, 2021. The Court refers Plaintiff, who is pro se, to Federal Rule of Civil Procedure 4 for guidance on service of process.