



# Franchise Tax Account Status

As of : 04/08/2021 12:21:26

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

| | |
|---|---|
| **UNITED AIRLINES, INC.** ||
| Texas Taxpayer Number | 17420997243 |
| Mailing Address | 233 S WACKER DR STE 710 CHICAGO, IL 60606-6462 |
| ❓ Right to Transact Business in Texas | ACTIVE |
| State of Formation | DE |
| Effective SOS Registration Date | 06/18/1980 |
| Texas SOS File Number | 0004824306 |
| Registered Agent Name | CT CORPORATION SYSTEM |
| Registered Office Street Address | 1999 BRYAN ST., STE. 900 DALLAS, TX 75201 |