**FedEx**

April 08, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 785263382198

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | A.PETE | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday;<br>No Signature Required | | Houston, TX, |
| | | **Delivery date:** | Mar 29, 2021 10:23 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 785263382198 | **Ship Date:** | Mar 26, 2021 |
| | | **Weight:** | 0.5 LB/0.23 KG |

| Recipient: | Shipper: |
|---|---|
| Houston, TX, US, | Houston, TX, US, |

Signature image is available. In order to view image and detailed information, the shipper or payor account

number of the shipment must be provided.

Thank you for choosing FedEx