IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHIVAM PATEL, | § § § | |
| *Plaintiff* | § § | |
| v. | § § | CASE NO. 4:21-CV-00989 |
| UNITED AIRLINES, INC. | § § § | |
| *Defendant* | § | |

**AGREED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Shivam Patel ("Patel") and Defendant United Airlines, Inc. ("UA") file this agreed motion for dismissal with prejudice.

In an effort to resolve this action without incurring additional fees and expenses, and without UA admitting any liability, the parties have entered into a confidential settlement agreement in which the parties request the Court, under Rule 41(a)(2) of the Federal Rules of Civil Procedure, to dismiss Patel's claims against UA with prejudice, each party bearing its own costs and attorney fees.

Accordingly, the parties request that the Court grant this Agreed Motion for Dismissal with Prejudice.

Respectfully submitted,

COANE AND ASSOCIATES


By: **/s/ Bruce A. Coane**
    Bruce A. Coane, Attorney-in-Charge
    State Bar of Tex. No. 04423600
    S.D. Tex. No. 7205
    bruce.coane@gmail.com
    Ethan Edwards
    State Bar of Tex. No. 24125765
    S.D. Tex. No. 3723395
    ethan.edwards@coane.com
    Raven Radley-Van Reenen
    State Bar of Tex. No. 24121933
    raven.vanreenen@coane.com
5177 Richmond Ave., Suite 770
Houston, TX 77056
713-850-0066 Telephone
713-850-8528 Telecopier

ATTORNEYS FOR PLAINTIFF
SHIVAM PATEL


THE MISRA LEGAL GROUP


By: **/s/ Amit K. Misra**
    Amit K. Misra, Esq., P.C.
    State Bar of Tex. No. 00795534
    S.D. Tex. No. 21460
    amit@misralegal.com
639 Heights Boulevard
Houston, Texas 77007
832-723-4776 Telephone
832-476-9656 Telecopier

ATTORNEY FOR DEFENDANT
UNITED AIRLINES, INC.

## CERTIFICATE OF SERVICE

 I hereby certify that on this 9th day of June, 2022, a copy of the foregoing was filed with the Clerk of Court and served to the following counsel of record via CM/ECF:

Bruce A. Coane
bruce.coane@gmail.com
Ethan Edwards
ethan.edwards@coane.com
Raven Radley-Van Reenen
raven.vanreenen@coane.com
Coane & Associates
5177 Richmond Avenue, Suite 770
Houston, Texas 77056

/s/ Amit K. Misra
Amit K. Misra