United States District Court
Southern District of Texas
**ENTERED**
June 09, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHIVAM PATEL, § § *Plaintiff* § § v. § § UNITED AIRLINES, INC. § § *Defendant* § § | | CASE NO. 4:21-CV-00989 |

### ORDER

ON THIS DAY, the Court considered the motion brought by Plaintiff Shivam Patel ("Patel") and Defendant United Airlines, Inc. ("UA"), seeking the dismissal of the complaint filed by Patel. After reviewing the pleadings, the Court finds that the parties entered into a confidential settlement agreement without UA admitting any liability and that Patel agreed to dismiss his claims against UA with prejudice, each party bearing its own costs and attorney fees.

IT IS THEREFORE ORDERED that Patel's complaint be DISMISSED WITH PREJUDICE to refiling the same, each party bearing its own costs and attorney fees.

SIGNED this 9th day of JUNE, 2022.

_____
HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE