Case 4:21-cv-00989   Document 50   Filed on 01/07/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHIVRAM PATEL,<br>*Plaintiff,*<br><br>V.<br><br>UNITED AIRLINES, INC.,<br>*Defendant.* | §<br>§<br>§<br>§   CIVIL ACTION NO. 4:21cv0989<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated December 18, 2024 (Dkt. 49) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. Plaintiff's Motion to Enforce Settlement Agreement (docket no. 48) is **DENIED**.

**SIGNED** at Houston, Texas this ___7th___ day of January, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE